UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANSUL LURIO,

        Plaintiff,

   -against-

MANNA PARC 61 LLC d/b/a GINA MEXICANA and
ELLIANA PROPERTIES,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/17

Case No. 16CV4527

**STIPULATION OF DISMISSAL**

    Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an agreement among them, to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Consent Stipulation. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.
Dated:

*Donald J. Weiss*

Donald J. Weiss, Esq.
Attorney for Plaintiff
1 Penn Plaza, Suite 4701
New York, NY 10119

Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.

By: Darren R. Marks, Esq.
Attorneys for Defendant
Elliana Properties
377 Broadway
New York, New York 10013

Kathleen E. Nagel Stathopoulos
Kathleen Negri Stathopoulos, Esq.
Attorney for Defendant
Manna Parc 61 LLC
6917 Fort Hamilton Parkway
Brooklyn, NY 11228

SO ORDERED:

USDCJ

1-30-17

8